**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br>　　Marcus L Hopkins<br>　　Sharon A Hopkins<br>　　　　　Debtor(s) | Case No. 16 B 19611 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

　　Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

　　1)　The case was filed on 06/15/2016.

　　2)　The plan was confirmed on 08/01/2016.

　　3)　The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

　　4)　The trustee filed action to remedy default by the debtor in performance under the plan on 03/15/2017.

　　5)　The case was Converted on 04/17/2017.

　　6)　Number of months from filing to last payment: 8.

　　7)　Number of months case was pending: 12.

　　8)　Total value of assets abandoned by court order:  NA .

　　9)　Total value of assets exempted:  NA .

　　10) Amount of unsecured claims discharged without payment: $0.00.

　　11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $4,225.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$4,225.00** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $2,928.39 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $185.03 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$3,113.42** |

Attorney fees paid and disclosed by debtor:      $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Aaron's Inc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Advocate Health Care | Unsecured | 179.58 | NA | NA | 0.00 | 0.00 |
| Advocate Medical Group | Unsecured | 9.19 | NA | NA | 0.00 | 0.00 |
| American InfoSouce | Unsecured | 39.24 | NA | NA | 0.00 | 0.00 |
| Asset Acceptance | Unsecured | 322.56 | NA | NA | 0.00 | 0.00 |
| AT&T Mobility II LLC | Unsecured | 1,244.00 | 1,244.71 | 1,244.71 | 0.00 | 0.00 |
| Baystate Gas | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| BCA Financial Services | Unsecured | 869.46 | NA | NA | 0.00 | 0.00 |
| Capital One Bank | Unsecured | 466.00 | 513.99 | 513.99 | 0.00 | 0.00 |
| Capital One Bank | Unsecured | 467.00 | 476.29 | 476.29 | 0.00 | 0.00 |
| CashCall Inc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Chase Card Services | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Chase Card Services | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CMRE Financial Services | Unsecured | 155.00 | NA | NA | 0.00 | 0.00 |
| Collection Company of America | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Credit One Bank Na | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Diversified Collection Service | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| DSRM National Bank/Diamond Shamrocl | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Duvera Financial | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Eastbay Funding | Unsecured | 50.70 | NA | NA | 0.00 | 0.00 |
| Eastbay Funding | Unsecured | 87.27 | NA | NA | 0.00 | 0.00 |
| Ec2n Trust | Unsecured | 302.83 | NA | NA | 0.00 | 0.00 |
| eCAST Settlement Corp. | Unsecured | 133.41 | NA | NA | 0.00 | 0.00 |
| Enhanced Recovery | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ERC/Enhanced Recovery Corp | Unsecured | 515.00 | NA | NA | 0.00 | 0.00 |
| First Credit Corporati | Unsecured | 668.00 | NA | NA | 0.00 | 0.00 |
| Flagstar Bank | Secured | 0.00 | 117,451.21 | 117,451.21 | 0.00 | 0.00 |
| Ford Credit | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Global Payments | Unsecured | 0.00 | 1,025.00 | 1,025.00 | 0.00 | 0.00 |
| Gupta MD SC | Unsecured | 26.67 | NA | NA | 0.00 | 0.00 |
| Ice Mountain | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Ingalls Memorial Hospital | Unsecured | 161.20 | NA | NA | 0.00 | 0.00 |
| Ingalls Memorial Hospital | Unsecured | 194.60 | 355.80 | 355.80 | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 1,294.31 | 1,529.30 | 1,529.30 | 0.00 | 0.00 |
| Internal Revenue Service | Unsecured | 6.63 | 34.34 | 34.34 | 0.00 | 0.00 |
| Jefferson Capital Systems | Unsecured | 21.59 | NA | NA | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 835.00 | 940.39 | 940.39 | 0.00 | 0.00 |
| Kenneth J Donkel | Unsecured | 6,000.00 | NA | NA | 0.00 | 0.00 |
| Lawrence D. Wolin | Unsecured | 66.00 | NA | NA | 0.00 | 0.00 |
| Liberty Medical Supply | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Lou Harris Company | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| LVNV Funding LLC | Unsecured | 100.93 | NA | NA | 0.00 | 0.00 |
| Mid America Bank & Trust | Unsecured | 87.86 | 6.03 | 6.03 | 0.00 | 0.00 |
| Mid America Bank & Trust | Unsecured | 188.65 | 270.48 | 270.48 | 0.00 | 0.00 |
| Midland Funding LLC | Unsecured | 0.00 | 341.97 | 341.97 | 0.00 | 0.00 |
| Midstatecoll | Unsecured | 109.00 | NA | NA | 0.00 | 0.00 |
| MiraMed Revenue Group | Unsecured | 819.00 | NA | NA | 0.00 | 0.00 |
| Monroe Medical Associates | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Monterey Financial Svc | Unsecured | 670.00 | NA | NA | 0.00 | 0.00 |
| Mortgage Service Cente | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NCO Financial Systems Inc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NDC Check Services | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Orange Lake Capital Management | Secured | 12,000.00 | NA | NA | 0.00 | 0.00 |
| Plains Commerce Bank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 523.24 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 312.50 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 236.30 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 466.69 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 416.00 | 416.37 | 416.37 | 0.00 | 0.00 |
| Portfolio Recovery Associates | Secured | 1,513.75 | 1,513.75 | 1,513.75 | 215.72 | 36.82 |
| Portfolio Recovery Associates | Unsecured | 0.00 | 23,151.93 | 23,151.93 | 0.00 | 0.00 |
| Primary Healthcare Associates SC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | 0.00 | 1,228.92 | 1,228.92 | 0.00 | 0.00 |
| Radiology Imaging Consultants | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| RJM Acquisitions LLC | Unsecured | 21.78 | NA | NA | 0.00 | 0.00 |
| Santander Consumer USA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Shankar C Sanwalani & Assoc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Sullivan Urgent Aid Centers Ltd | Unsecured | 0.00 | 376.01 | 376.01 | 0.00 | 0.00 |
| Transworld System Inc/ | Unsecured | 259.00 | NA | NA | 0.00 | 0.00 |
| United States Dept Of Education | Unsecured | 925.22 | 1,874.13 | 1,874.13 | 0.00 | 0.00 |
| Us Collections West In | Unsecured | 57.00 | NA | NA | 0.00 | 0.00 |
| Virtuoso Src | Unsecured | 583.00 | NA | NA | 0.00 | 0.00 |
| Vision Financial Servi | Unsecured | 455.00 | NA | NA | 0.00 | 0.00 |
| Western Southern | Unsecured | 4,408.57 | NA | NA | 0.00 | 0.00 |
| Woodgate III Condominium Association | Secured | 5,927.99 | 6,443.02 | 6,443.02 | 859.04 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $117,451.21 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $1,513.75 | $215.72 | $36.82 |
| All Other Secured | $6,443.02 | $859.04 | $0.00 |
| **TOTAL SECURED:** | **$125,407.98** | **$1,074.76** | **$36.82** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $1,529.30 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$1,529.30** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$32,256.36** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,113.42 |
| Disbursements to Creditors | $1,111.58 |
| **TOTAL DISBURSEMENTS :** | **$4,225.00** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 06/27/2017           By: /s/ Marilyn O. Marshall
                                         Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**